MR

RECEIVED
8/29/2024 LM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Kimberly Allen-Jones

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

1:24-cv-09349
Judge Jeremy C. Daniel
Magistrate Judge Gabriel A. Fuentes
RANDOM / Cat. 3
PC4

Chicago Fire Department (CFD)
Unnamed CFD Fireman "A" (in his Official capacity)
Unnamed CFD Fireman "B" (in his Official Capacity)
Unnamed CFD Paramedic "A" (in his Official Capacity)
Unnamed CFD Paramedic B (in her Official Capacity)

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A.    Name: Kimberly Allen-Jones

    B.    List all aliases: Kimberly Allen, Kimberly Jones, Valerie Keene

    C.    Prisoner identification number: 2024-18978

    D.    Place of present confinement: Falkenburg Road Jail

    E.    Address: 520 N. Falkenburg Road, Tampa, FL 33619

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Chicago Fire Department (CFD)

        Title: _____

        Place of Employment: 35th + Michigan, Chicago, IL

    B.    Defendant: Unnamed CFD Fireman "A" - (in his official capacity)

        Title: Fireman

        Place of Employment: Chicago Fire Department

    C.    Defendant: Unnamed CFD Fireman "B" (in his official capacity)

        Title: Fireman

        Place of Employment: Chicago Fire Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

\* Please see Attached "Additional Defendants"

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Kimberly Arter-Jones
Plaintiff

## Additional Defendants

D. Defendant: Unnamed CFD Paramedic "A" (in his official capacity)
   Title: Paramedic
   Place of Employment: Chicago Fire Department

E. Defendant: Unnamed CFD Paramedic "B" (in her official capacity)
   Title: Paramedic
   Place of Employment: Chicago Fire Department

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Unknown

B. Approximate date of filing lawsuit: approximately 2017 or 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Kimberly Allen-Jones

D. List all defendants: City of Decatur, IL, Decatur, IL Police Department (DPD), DPD Officer Duffy, et al

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Court, Central District of Illinois – Peoria, IL

F. Name of judge to whom case was assigned: Hon. Judge Joe Billy Mc Dade

G. Basic claim made: I was wrongfully choked and tased by two Decatur Police Officers

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Out of Court Settlement

I. Approximate date of disposition: approximately 2017 or 2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

✱ Please see Attached "Additional Lawsuit"

3 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Kimberly Allen-Jones
Plaintiff

# Additional Lawsuit

A. Name of case and docket number: unknown

B. Approximate date of filing lawsuit: approximately 2015

C. List all plaintiffs: Kimberly Allen-Jones

D. List all defendants: Sgt. Gonzalez and Officer Houser

E. Court in which lawsuit was filed: U.S. Court Northern District of Illinois, Chicago, IL

F. Name of Judge to whom case was assigned: cannot recall

G. Basic claim made: Sgt. Gonzalez repeatedly punched me in my face as Officer Houser stood by and watched.

H. Disposition of this case: I allowed it to lapse.

I. Approximate date of disposition: cannot recall

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

1. On or about August 5, 2023, Complainant Kimberly Allen-Jones, an African American and then resident of the city of Chicago, Illinois, was walking westbound on 79th Street.

2. The Complainant became overheated and felt faint so she sat down on the sidewalk, leaning against "Josephine's" Legendary Soul Food Restaurant on 79th and Vernon which is owned by her good friend.

3. The Complainant then laid down on the sidewalk.

4. A passerby stopped and asked Complainant did she need "911" and the Complainant said "No" but the passerby still called "911".

5. A short time later a Chicago Fire Department ((CFD)) Firetruck pulled up and stopped in front of "Josephine's" Restaurant, and two caucasian firemen, Unnamed CFD Fireman "A" and Unnamed CFD Fireman "B" exited the CFD Firetruck and approached the Complainant who was still lying prostrate on the sidewalk.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6. Unnamed CFD Fireman "A" Kicked the Complainant on the leg and asked her was she "okay?"

7. The Complainant responded by telling Unnamed CFD Fireman "A" to keep his "expletive" foot off of her.

8. Unnamed CFD Fireman "A" then asked Complainant for her name, and the Complainant told Unnamed CFD Fireman "A" that her name was "Kimberly Allen-Jones".

9. Unnamed CFD Fireman "A" then asked the Complainant, who was still lying prostrate, did she "need medical attention?" and the Complainant said "No."

10. Unnamed CFD Fireman "B" then went to the CFD Firetruck and returned with a metal chair on wheels.

11. Both Unnamed CFD Firemen "A" and "B" then picked up the Complainant, against her will, and body slammed her onto the metal chair causing the Complainant to scream due to the excrutiating sudden pain in her back.

✱ Please See Attached "Additional Statement of Claim"

5                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

<u>Additional Statement of Claim (1 of 8)</u> 9

12. While screaming and crying from the pain, the Complainant began yelling "expletives" at both Unnamed CFD Firemen "A" and "B".

13. Either Unnamed CFD Fireman "A" or "B" strapped both of the Complainants arms to the sides of the metal chair.

14. The Complainant was then wheeled to the curb beside the CFD Firetruck and both Unnamed CFD Firemen "A" and "B" began taking turns punching the Complainant repeatedly in her chest, as she sat defenseless, strapped to the metal chair, in broad daylight on busy 79th Street on Chicago's southside.

15. Unnamed CFD Fireman "A" stopped punching the Complainant, and then said to Unnamed CFD Fireman "B" that "she" referring to the Complainant, "looks like she is about to 'O.d.' on heroin," and laughed.

16. Unnamed CFD Fireman "B" then asked Unnamed CFD Fireman "A" if he needed a "five" or a "ten?"

9

## Additional Statement of Claim (2 of 8)

17. Unnamed CFD Fireman "A" said "a ten," and Unnamed CFD Fireman "B" went to the CFD Firetruck and returned holding a liquid filled syringe needle.

18. Unnamed CFD Fireman "A" then pulled out a rubber arm tie and tied it tightly around the Complainants upper left arm, above the Complainants implanted prosthetic elbow, (which was causing great pain in Complainants left arm from being repeatedly snatched by both Unnamed CFD Firemen "A" and "B" as they ~~too~~ had been punching her in the chest).

19. Unnamed CFD Fireman "B" then handed Unnamed CFD Fireman "A" the syringe, and Unnamed CFD Fireman "A" then shot the liquid (of what the Complainant feared was heroin) into the Complainant's left arm.

20. Please note that the dose of heroin could have been fatal seeing that the Complainant had never used heroin.

21. Both Unnamed Firemen "A" and "B" resumed punching the Complainant in the chest and

## Additional Statement of Claim (3 of 9)

snatching on the Complainant's arms and elbows to straighten the Complainant up in the seat when she slumped to one side or another.

22. The aforementioned "beating" continued until a CFD Ambulance pulled up and Unnamed CFD Paramedic "A" and Unnamed CFD Paramedic "B," both caucasian, exited the vehicle, and walked to where the Complainant was being assaulted by both Unnamed CFD Firemen "A" and "B."

23. The Complainant was unstrapped from the metal chair and transferred onto the Unnamed CFD Paramedics' gurney, and strapped down by the arms and legs.

24. The gurney was put inside the CFD Ambulance and the door was closed, leaving the Complainant alone inside the CFD Ambulance with Unnamed CFD Paramedic "A."

25. Unnamed CFD Paramedic "A" immediately began punching the Complainant in the chest and slapping her across the face repeatedly as the Complainant went in and out of consciousness.

# Additional Statement of Claim (4 of 8) (9)

26. The door to the CFD Ambulance opened and Unnamed CFD Paramedic "B" got inside and closed the door behind her.

27. Unnamed CFD Paramedic "B" grabbed the Complainant by the neck with both hands, looked the Complainant square in the face, and said, "You are so Black!" and proceeded to choke slam the Complainant's right side of the head back and forth into the metal panelling of the interior of the CFD Ambulance again causing the Complainant to go in and out of consciousness.

28. Eventually, Unnamed CFD Paramedic "B" stopped choke slamming the Complainant and exited the CFD Ambulance.

29. The Complainant lost consciousness and came to as she was being transported out of the CFD Ambulance by both Unnamed CFD Paramedics "A" and "B" and wheeled inside St. Bernard's Hospital located off 64th and the Dan Ryan Expressway (maybe since renamed the Barack Obama Expressway) in Chicago, IL.

30. Upon entering St. Bernards Hospital, with the Complainant still strapped to the CFD Paramedic's gurney, both Unnamed CFD Paramedics "A" and "B" informed the hospital attendants that the Complainant

## Additional Statement of Claim (5 of 9)

"was in need of "psychiatric attention.""

31. The Complainant was transferred to the hospital's gurney as the Complainant attempted to explain to the hospital attendants how she had been "beaten" and "shot up with heroin" by the Unnamed CFD Firemen and the Unnamed CFD Paramedics.

32. The hospital attendants completely ignored the Complainant and both Unnamed CFD Paramedics "A" and "B" exited the hospital.

33. The Complainant was transferred to the hospital's "psychiatric ward" where she subsequently received a psychiatric evaluation and absolutely no medical treatment for the injuries she had sustained from Unnamed CFD Firemen "A" and "B" and Unnamed CFD Paramedics "A" and "B".

34. After about a day or so, the Complainant was discharged from St. Bernards Hospital, where the Complainant caught the city bus to the University of Chicago (U of C) Hospital's Emergency Room located off of 57th and Cottage Grove in Chicago, IL.

# Additional Statement of Claim (6 of 8) 9

35. The Complainant informed the U of C Hospital Emergency Room Attendants that she had been badly "beaten", however, the Complainant did not reveal who had "beaten" her for fear she would not be taken seriously and would not receive the much needed medical attention.

36. After being examined, the Complainant was admitted into the U of C Hospital where she spent several days as a patient.

37. The Complainant was diagnosed as having a fractured bone in her lower back, blood clots in her chest (resulting in Complainant being prescribed life saving blood thinners for the rest of her life), a chip in her left arm bone near her implanted prosthetic elbow, and head and neck trauma.

38. Prior from being discharged from the U of C Hospital, the Complainant was fitted for and received a back brace with an attached neck brace.

39. Approximately a month later, the Complainant went to the Chicago Fire Department Headquarters located on 35th and Michigan in Chicago, IL,

## Additional Statement of Claim (7 of 9)

where the Complainant met with the CFD's Internal Affairs Senior Investigator, whose name may have been "Barbara Bennett" along with a female Unnamed CFD Internal Affairs Investigator, and filed an Official Misconduct Complaint in regards to the aforementioned incident, which consisted of the Complainant reciting the entire incident, and answering all questions posed by both CFD Internal Affairs Investigators.

40. At the conclusion of the "interview", CFD Internal Affairs Senior Investigator "Bennett" said to the Complainant, "I am sorry for what happened to you. No one should have to go through something like that."

41. CFD Internal Affairs Senior Investigator "Bennett" then assured the Complainant that both she and the Unnamed CFD Internal Affairs Investigator that was present would "thoroughly investigate" the aforementioned incident, and then handed the Complainant her CFD Internal Affairs Senior Investigator Business Card, and told the Complainant to "be in touch."

# Additional Statement of Claim (8 of 9)

42. Some time later, the Complainant called the CFD Internal Affairs Office to follow-up with Senior Investigator "Barbara Bennett" only to be told that she had since retired.

43. The Complainant was unable to receive any information from anyone in the CFD Internal Affairs Office that could give her any information on her previously filed complaint.

44. For decades, the Chicago Fire Department has systematically allowed its majority Caucasian Personnel to assault African Americans they encounter on the streets of Chicago, IL, without any consequences for their misconduct.

45. The aforementioned incident constitutes the third or fourth time that the Complainant has been viciously assaulted at the hands of Unnamed CFD Firemen in conjunction with Unnamed CFD Paramedics, and then taken to the "mental ward" of the hospital nearest to where the assault took place.

# Additional Statement of Claim (9 of 9)

46. This Complaint represents the first time the Complainant has pursued legal action against the Chicago Fire Department and its callous, racist, "terroristic" Personnel.

47. In summation: Because of the colour of her skin, Complainant, Kimberly Allen-Jones, received "great bodily harm" as a result of being Kidnapped and Tortured by Chicago Fire Department's Unnamed Fireman "A", Unnamed CFD Fireman "B", Unnamed CFD Paramedic "A", and Unnamed CFD Paramedic "B", a direct violation of the "Geneva Convention".

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That all Chicago Fire Department's "First Responders" be mandated to wear body cameras. The termination or thorough Re-training of CFD Fireman "A", CFD Fireman "B", CFD Paramedic "A" and CFD Paramedic "B". Additionally, $2.6 Billion for International and Constitutional violations, pain and suffering, physical, mental, emotional and punitive damages and to "Send a Message".

VI.   The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___11th___ day of __August__, 20_24_

_____
(Signature of plaintiff or plaintiffs)

Kimberly Allen-Jones
(Print name)

2024-18978
(I.D. Number)

Falkenburg Road Jail
520 N. Falkenburg Road
Tampa, FL 33619
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Kimbe
#2024-18978
Falkenburg Road Jail
520 N. Falkenburg Road
Tampa, FL 33619

Office of
Clerk of the U.S. District Court
United States Courthouse
Northern District of Illinois
Prisoner Correspondence
219 S. Dearborn St.
Chicago, IL 60604





MAILED FROM THE
HILLSBOROUGH COUNTY JAIL
More information:
www.hcso.tampa.fl.us

08/29/2024-24